Ronald **HAYWARD**, Petitioner–Appellant,

v.

John **MARSHALL**, California Men's Colony East, Respondent–Appellee.

No. 06–55392.

United States Court of Appeals, Ninth Circuit.

May 16, 2008.

Joseph V. Camarata, Law Office of Joseph V. Camarata, Vallejo, CA, Michael Satris, Bolinas, CA, for Petitioner–Appellant.

Julie L. Garland, AGCA–Office of the California, Attorney General, San Diego, CA, for Respondent–Appellee.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.